IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUSTIN DIVISION
2002 AUG 19 PM 3:06
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

DAKSHINI R. SENANAYAKE,
    Plaintiff

-vs-

Case No. A-02-CA-504-SS

THE UNAUTHORIZED PRACTICE OF LAW COMMITTEE; RODNEY GILSTRAP, in His Official Capacity as Chair of the Unauthorized Practice of Law Committee; and THE STATE BAR OF TEXAS,
    Defendants

## ORDER

BE IT REMEMBERED on the 19th day of August 2002 the Court reviewed the file in the above-styled cause and thereafter enters the following order.

This case is currently set for a hearing on plaintiff's application for temporary restraining order and preliminary injunction at 2:00 p.m. on Monday, August 19, 2002. However, the Court has received information from the parties that a written agreement has been reached rendering the hearing unnecessary at this time. Accordingly,

IT IS ORDERED that the August 19, 2002 hearing in this matter is CANCELLED and plaintiff's Application for Temporary Restraining Order and Preliminary Injunction [#2] is DISMISSED WITHOUT PREJUDICE to refiling.

SIGNED this the 19th day of August 2002.

_____
UNITED STATES DISTRICT JUDGE